UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      CRIMINAL 12-443(MLC)

                  vs.         :      ORDER APPOINTING FEDERAL
                                        PUBLIC DEFENDER

CARL A. DEANDREA              :


        The financial inability of the defendant to retain counsel
having been established by the court, and the defendant not
having waived the appointment of counsel, and for good cause
shown;  it is on this 12th day of March, 2014,

        ORDERED that the Federal Public Defender Organization
for the District of New Jersey is hereby appointed to represent
said defendant in this cause until further order of this court.




                              S/Mary L. Cooper
                              **MARY L. COOPER,**
                              United States District Judge


cc:  Federal Public Defender